UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:25-cr-60144-RS

UNITED STATES OF AMERICA

v.

SERGEI MARGULIAN and
DAMARY MENDEZ,

        **Defendants**.

_____/

**GOVERNMENT'S UNOPPOSED MOTION FOR
ENTRY OF A PROTECTIVE ORDER**

        The United States of America, through undersigned counsel and pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, respectfully moves this Honorable Court for entry of a Protective Order providing appropriate protections against widespread dissemination of the discovery materials and the sensitive information contained therein, which will be disclosed to the defense in this case. A proposed Protective Order is attached to this Motion as Exhibit 1. In support of this Motion, the government states the following:

        1.     The Defendant is charged in connection with an alleged complex conspiracy that spans several years.

        2.     Discovery in this matter is voluminous and includes numerous documents and materials containing personal and confidential identifying information of individuals, such as medical treatment information, personal identifiable information ("PII") for health insurance beneficiaries and other individuals, and banking information, all of which is described as "Covered Information."

1

3. To comply with its discovery obligations, the government intends to provide Covered Information to counsel for the Defendant.

4. In responding to the Court's Standing Discovery Order, the government will be producing a voluminous amount of material. The sheer volume of discovery will make redaction of all PII and other sensitive and confidential information within the time limits of the Speedy Trial Act impossible. Furthermore, the identities of the patients and other PII and sensitive information may be relevant to the Defendant's preparation for trial.

5. The government seeks to protect such Covered Information from widespread disclosure and misuse. Accordingly, to satisfy its discovery obligations while also protecting the confidentiality of this PII and other sensitive, confidential information, the government respectfully requests that the Court enter the accompanying Protective Order to limit and otherwise govern the disclosure and use of Covered Information.

6. Pursuant to the Court's Local Rules, undersigned counsel has conferred with counsel for the Defendant, who advised that the Defendant does not oppose this Motion or the entry of the proposed Protective Order.

7. Under the proposed order, any Covered Information that is disclosed to the Defendant in this proceeding shall be held in the strictest confidence by defense counsel, and access to this material shall be restricted. Access to this information shall be permitted to defense counsel staff (including investigators) only to the extent necessary to prepare their client's defense. Such information may be further disclosed by defense counsel to their client and to any expert witnesses hired by the defense, who must review and agree to be bound by the terms of the proposed Protective Order.

8. Persons to whom any such information is disclosed on behalf of the Defendant shall not further disclose or disseminate this information without further order of the Court.

9.      Documents and information that do not contain Covered Information are not subject to these restrictions.

10.     The government's proposed Protective Order, or one materially similar thereto, has been entered in other matters in the Southern District of Florida to ensure the integrity of sensitive information disclosed in discovery. *See, e.g., United States v. Denise Trotta*, Case No. 21-CR-60260-KMW, Dkt. No. 23 (S.D. Fla. Dec. 13, 2021); *United States v. Daniel Alberto Carpman*, Case No. 23-CR-20175-KMW, Dkt. No. 19 (S.D. Fla. May 18, 2023); *United States v. Ernesto Espinosa*, Case No. 20-CR-20170-SCOLA, Dkt. No. 10 (S.D. Fla. July 8, 2020).

WHEREFORE, the government respectfully requests that this Court enter the attached proposed Protective Order.

September 8, 2025

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By:     */s/ Angela J. Benoit*
        Angela J. Benoit
        Trial Attorney
        Florida Special Bar No. A5502549
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue NW
        Washington, D.C. 20005
        Tel: (202) 617-4361
        Email: Angela.Benoit.Lewis@usdoj.gov

**LOCAL RULE 88.9(a) CERTIFICATION**

Undersigned counsel conferred by email with counsel for the Defendants in a good faith effort to resolve the issues raised in the Motion. Counsel for the Defendants represented that they do not oppose the Motion.

*/s/ Angela J. Benoit*
Angela J. Benoit

## CERTIFICATE OF SERVICE

I, Angela J. Benoit, hereby certify that on September 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Angela J. Benoit*
Angela J. Benoit