IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

vs.                                                   Case No.: 25-cr-60144-ELA

DAMARY MENDEZ,
Defendant.

### *JOINT MOTION FOR A*
### *CONTINUANCE OF THE TRIAL DATE AND PRETRIAL DEADLINES*

COMES NOW, the defendants, DAMARY MENDEZ and SERGEI MARGULIAN, and respectfully request the Court continue the current trial date to November 9, 2026, or to mid-January, 2027 or thereafter along with the associated pretrial deadlines and as grounds in support thereof the defense would state the following:

1.      Trial in this matter is set for August 24, 2026.

2.      Undersigned counsel for Damary Mendez is set to begin a murder for hire trial in *United States v. Avin Seetaram,* 23-Cr-20483-RKA (SDFL) on August 5, 2026. When the trial date was proposed by the Court in the *Seetaram* matter, counsel informed the Court of the longstanding trial date in this case and was advised by Judge Altman that this Court was advised of the new *Seetaram* trial date.  It is anticipated the trial in that matter will overlap with the trial date in this matter because the Court will not be in session in that case from August 17-21, 2026, due to the prosecutor being on leave.

3.      If the Court is inclined to grant a continuance undersigned counsel for Damary Mendez has the following other conflicts:

a.      September 18-22, 2026, a prepaid family vacation.

b.      October 5, 2026, a three-week murder for hire trial in *United States v. Clementa Johnson*, 24-Cr-20110-DPG (SDFL) that is set to last three weeks according to the government.

c.      December 7, 2026, a SuperPAC wire and mail fraud trial in *United  States v. Jason Pallante,* 24-Cr-558 (DDC) that should last 7-10 days.

d.      A prepaid family vacation from December 27, 2026 -January 5, 2027.

4.      Daniel Rashbuam, Esq., attorney for Sergei Margulian, joins in this motion. DOJ Trial Attorney Reginald Culyer Jr. was consulted and advises that the Government takes no position on this motion.

WHEREFORE the defendants respectfully request this motion be granted.

Respectfully submitted,

GENNARO CARIGLIO JR. P.L.
8101 Biscayne Blvd
Penthouse 701
Miami, FL 33138
Telephone: (305) 899-0438
Facsimile: (305) 373-3832
E-mail: sobeachlaw@aol.com
Counsel for Defendant Damary Mendez

By:   /s/ Gennaro Cariglio Jr.
        Gennaro Cariglio Jr., Esq.
        Florida Bar No. 51985